UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Alfredo DeLeon, | File No. 19-cv-1834 (ECT/DTS) |
| Petitioner, | |
| v. | **ORDER ACCEPTING REPORT AND RECOMMENDATION** |
| Warden M. Rios, | |
| Respondent. | |

---

United States Magistrate Judge David T. Schultz issued a Report and Recommendation on February 14, 2020. ECF No. 10. No party has objected to that Report and Recommendation, and it is therefore reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all of the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1. The Report and Recommendation [ECF No. 10] is **ACCEPTED**;

2. The Petition for Writ of Habeas Corpus [ECF No. 1] is **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: March 9, 2020

s/ Eric C. Tostrud
Eric C. Tostrud
United States District Court